IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BARRY LEE YOUNG**                                                                                     **PLAINTIFF**

v.                                          No: 3:19-cv-00145 DPM-PSH

**MARTY BOYD,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Having reviewed Plaintiff Barry Lee Young's amended complaint (Doc. No. 5) for screening purposes,[1] it appears that service is appropriate with respect to Young's Eighth Amendment conditions-of-confinement claims against defendants Keith Bowers, Marty Boyd, T. Raymond, and Keith Harrell. The Clerk of the Court shall prepare summonses for these defendants and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 5) and summons on defendants without prepayment of fees and costs or security therefor. Service should be attempted through the Craighead County Sheriff's Office, 901 Willett Road, Jonesboro, Arkansas 72401.[2]

IT IS SO ORDERED this 29th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If any of the Defendants are no longer County employees, the individual responding to service must file a **SEALED** Statement providing the unserved Defendant's last known private mailing address.