# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BARRY LEE YOUNG**                                                                 **PLAINTIFF**

v.                            No. 3:19-cv-145-DPM-PSH

**MARTY BOYD**, Sheriff, Craighead
**County Detention Center**, *et al.*                                              **DEFENDANTS**

## ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Young's claims against Bowers, Boyd, Raymond, and Harrell proceed. His claims against Sterling, Rain, and Potter are dismissed without prejudice for failure to state a claim.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 August 2019