# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BARRY LEE YOUNG**                          **PLAINTIFF**

v.                 No. 3:19-cv-145-DPM-PSH

**MARTY BOYD**, Sheriff, Craighead
County Detention Center; **T RAYMOND**,
Assistant Jail Administrator, Craighead
County Detention Center; **KEITH
HARRELL**, Supervisor/Administrator,
Craighead County Detention Center; and
**KEITH BOWERS**, Officer, Craighead
County Detention Center                **DEFENDANTS**

## ORDER

1.     The Court withdraws the reference.

2.     Young's motion to voluntarily dismiss this case, № 12, is granted. His complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2019