# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BARRY LEE YOUNG                                                           PLAINTIFF

v.                        No. 3:19-cv-145-DPM

MARTY BOYD, Sheriff, Craighead
County Detention Center; T RAYMOND,
Assistant Jail Administrator, CCDC;
STERLING, Officer, CCDC; KEITH
HARRELL, Supervisor/Administrator,
CCDC; RAIN, Officer, CCDC; PORTER,
Office, CCDC; and KEITH BOWERS,
Officer, CCDC                                                             DEFENDANTS

## JUDGMENT

Young's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2019